**FARAH LAW, P.C.**
Neda Farah (State Bar No. 269819)
265 S. Doheny Dr.
Suite 102
Beverly Hills, California 90211
Telephone: 310-666-3786
Facsimile: 775-261-1726
E-Mail: neda@nedafarahlaw.com
*Attorney for the Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW SMITH, | Case No.  8:21-cv-00561-DOC-ADS |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| UNITED AUTO CREDIT CORPORATION, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that Plaintiff, Matthew Smith, and Defendant, United Auto Credit Corporation, have reached a settlement of the above-captioned action.  Plaintiff anticipates filing a voluntary dismissal of this case, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, within forty-five (45) days.

DATED this 27th day of April, 2021.                    Respectfully Submitted,

                                                                                     */s/ Neda Farah*
                                                                                    Neda Farah
                                                                                    FARAH LAW, P.C.
                                                                                    265 S. Doheny Dr., Suite 102
                                                                                    Beverly Hills, CA 90211
                                                                                    (310) 666-3786 (phone)
                                                                                    (775) 261-1726 (fax)
                                                                                    neda@nedafarahlaw.com
                                                                                    *Attorney for Plaintiff, Matthew Smith*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing *Notice of Settlement* is being filed electronically with the United States District Court for the Central District of California on this 27th day of April, 2021. Notice of this filing will be transmitted to all counsel of record via the Court's CM/ECF system.

                                              */s/ Neda Farah*
                                              Neda Farah
                                              FARAH LAW, P.C.